1  William E. Ireland (Bar No. 115600)
   HAIGHT BROWN & BONESTEEL LLP
2  6080 Center Drive, Suite 800
   Los Angeles, CA 90045-1574
3  Telephone: 310.215.7100
   Facsimile: 310.215.7300
4
5  Attorneys for Defendant
   MDI, INC.

*[FILED stamp: CLERK, U.S. DISTRICT COURT, SEP 29 2008, CENTRAL DISTRICT OF CALIFORNIA, BY ___ DEPUTY]*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION - RIVERSIDE COURTHOUSE

*PJW*

| | |
|---|---|
| RICHARD TROWER, an individual, on behalf of himself and on behalf of The State of California Labor and Workforce Development Agency as a Private Attorney General; LARRY HARPER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MDI, INC., a Texas corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. EDCV07-1585 SGL (~~JCR~~x)<br><br>[Assigned to Judge Stephen G. Larson]<br><br>[~~PROPOSED~~] PROTECTIVE ORDER<br><br>Complaint Filed: December 4, 2007<br><br>*Note Change to order at p 4* |

Pursuant to the parties' Stipulation and **GOOD CAUSE APPEARING**:

Plaintiffs have propounded certain discovery request to Defendant MDI, inc. seeking information which it considers to be proprietary, confidential business records and/or trade secrets;

Defendants are willing to search for and provide proprietary information, and confidential business records and/or trade secrets ("confidential documents and information") which would be necessarily disclosed in complying with these discovery requests, provided that the court enter an appropriate protective order, and;

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

WH09-0000003
3448514.1

1

Case No. EDCV07-1585 SGL (JCRx)
(Proposed) Protective Order

1  The parties have agreed to this.

2  **IT IS, THEREFORE, ORDERED AND ADJUDGED** that the following
3  procedure shall govern the production, use and disposal of the confidential
4  documents and information.

5   1. <u>Designation of Confidential Documents and Information</u>.

6   Defendants shall mark as "Confidential" or "Produced Pursuant to Protective
7  Order" or in some similar fashion any document for which it claims protection under
8  this order. The documents, things and information contained in them or gleaned
9  from them shall only be used, shown and disclosed as provided in this order. The
10 term "Confidential Documents and Information" as used in this order shall be
11 construed to include the documents and materials so marked, and their content,
12 substance and the information contained in or gleaned from them. The terms shall
13 also be construed to include any summaries, quotes, excerpts and/or paraphrases of
14 the documents, things or information.

15  2. <u>Access to Confidential Documents and Information by Qualified</u>
16    <u>Persons</u>.

17  Confidential documents and information shall be made available to "Qualified
18 persons." The following persons are automatically deemed "Qualified persons":

19  A. This court, officers of this court and the jury;
20  B. Counsel of record for the parties of this lawsuit;
21  C. Those paralegals, stenographic and clerical employees who are
22  employed by and assisting counsel of record;
23  D. The officers, directors, employees and counsel of any corporate
24  party
25 to the extent necessary to assist in preparing for discovery, depositions, or for trial,
26 or who are otherwise assisting in this litigation;
27  E. Any expert or consultant who has been retained or specially
28 employed by a party in anticipation of this litigation or for trial of this case,

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

WH09-0000003
3448514.1

2

Case No. EDCV07-1585 SGL (JCRx)
(Proposed) Protective Order

1  provided, however, that no confidential documents and information shall be
2  knowingly disseminated to any expert or consultant who is an employee of a direct
3  business competitor of the party producing the information or who is employed by a
4  direct business competitor of the party producing the information and who is
5  employed by direct business competitor of the party producing the information and
6  who directly participates in designing, manufacturing, marketing, or service
7  activities of direct business competitors.
8       Counsel of record shall maintain such certifications for its employees, experts
9  and consultants and shall provide copies of the certifications upon demand to
10 counsel for any opposing party. Demand to one counsel of record for a party is
11 deemed to be a demand to all counsel of record for a party.
12      3.   <u>Jurisdiction over Qualified Persons</u>.
13      Each qualified person is subject to the jurisdiction of this court for purposes
14 of enforcement of this order. Counsel of record are responsible for insuring that
15 their employees and any experts they retain comply strictly with this order.
16 Violation of this order by an employee of counsel or by an expert retained by
17 counsel shall be deemed a violation by counsel.
18      4.   <u>Challenges to Claims of Confidentiality</u>.
19      If a party contends that any documents, information or portions of them which
20 another party or third party has designated as confidential are not entitled to
21 protection, he or she may file a motion to change the designation. The moving party
22 shall bear the burden of proving that the Designation is improper and shall be
23 changed. The documents and information shall remain confidential until their status
24 is changed by stipulation or order.
25      5.   <u>Use of Confidential Documents and Information Generally</u>.
26      Confidential documents, things and information may be used solely in
27 connection with this lawsuit and for no other purpose. No qualified person who
28 gains access to the confidential documents, things and information may disclose

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

WH09-0000003
3448514.1

3

Case No. EDCV07-1585 SGL (JCRx)
(Proposed) Protective Order

1 them or their contents to any other person without the written stipulation of the
2 producing party or by order of this court.

3  6.  Use of Confidential Documents and Information in This Lawsuit.
4 Confidential documents, things and information may be used at trial or at
5 depositions, in accordance with the following safeguards. If confidential
6 documents, things and information are used in depositions, all portions of the
7 transcript of such depositions of exhibits thereto which refer to or relate to such
8 confidential documents, things or information shall themselves be considered as
9 confidential documents. The party producing such confidential documents, things
10 and information shall insure that the court reporter binds the confidential portions of
11 the transcripts and exhibits separately and labels them "Confidential." In addition,
12 each deponent is ordered that he may not divulge any confidential documents, things
13 or information except for to qualified persons.

14  7.  Filing and Sealing. *Shall be governed by Local Rule 79-5*
15 ~~When a party files confidential documents, things and information, including~~
16 ~~confidential portions of any transcript, he shall file them in sealed envelopes or other~~
17 ~~appropriately sealed containers on which shall be endorsed with the title of this~~
18 ~~action and a statement substantially in the following form: "filed under seal pursuant~~
19 ~~to protective order." The envelope or container shall not be opened or released to~~
20 ~~anyone other than Qualified persons without further order of the court. The clerk of~~
21 ~~the court is hereby directed to maintain such confidential documents and~~
22 ~~information in a separate portion of the court files not available to the public.~~

23  8.  Disposal at the Conclusion of This Action.
24 At the conclusion of this action, all confidential documents, things,
25 information and all copies thereof shall be returned to the counsel for Defendants
26 within sixty days.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

WH09-0000003
3448514.1

4

Case No. EDCV07-1585 SGL (JCRx)
(Proposed) Protective Order

1  9. Amendments.

2  Nothing in this order will prejudice either party from seeking amendments,
3  broadening or restricting the rights of Access to and the use of confidential
4  documents or information, or contesting the Designation of a confidential document
5  or qualified person.

6  **IT IS SO ORDERED.**

8  Dated: September 29, 2008

   _/s/ Patrick J. Welsh_
   STEPHEN G. LARSON
9  Judge, United States District Court

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

WH09-0000003
3448514.1

5

Case No. EDCV07-1585 SGL (JCRx)
(Proposed) Protective Order

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA        )
                           ) ss.:
COUNTY OF LOS ANGELES      )

*Richard Trower, et al. v. MDI, Inc., etc., et al.*
USDC Case No.: EDCV07-1585 (SGL) (JCRx)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6080 Center Drive, Suite 800, Los Angeles, CA 90045-1574.

On September 26, 2008, I served on interested parties in said action the within:

**[PROPOSED] PROTECTIVE ORDER**

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

| | |
|---|---|
| Michael L. Tracy, Esq.<br>Megan Ross Hutchins, Esq.<br>Law Offices of Michael L. Tracy<br>2030 Main Street, Suite 1300<br>Irvine, CA 92614 | Attorneys for Plaintiffs<br>RICHARD TROWER and<br>LARRY HARPER<br><br>Tel: 949.260.9171<br>Fax: 866.365.3051<br>Electronic Mail:<br>mhutchins@michaelltracylaw.com |

I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

Executed on September 26, 2008, at Los Angeles, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

THERESA RIALES
(Type or print name)

(Signature)

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

WH09-0000003
3448514.1

6

Case No. EDCV07-1585 SGL (JCRx)
(Proposed) Protective Order